UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00110(1)-ADA |
| | § | |
| (1) SHAUN AMADOR JR. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  August 22, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) SHAUN AMADOR JR., which alleged that Amador violated a condition of his supervised release and recommended that Amador 's supervised release be revoked (Clerk's  Document No. 102).  A warrant issued and Amador was arrested.  On December 31, 2025, Amador appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Amador appeared before the magistrate judge on January 20, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on January 22, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Amador, the magistrate judge recommends that this court revoke Amador supervised release and that Amador be sentenced to imprisonment for TEN (10) months, with credit for time served, and with no term supervised  release to follow the term of imprisonment  (Clerk's  Document  No. 132).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).  A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On January 20, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 131). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 132 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) SHAUN AMADOR JR.'s term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) SHAUN AMADOR JR. be imprisoned for TEN (10) months, with credit for time served, and with no term of supervised release.

Signed this 23rd day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE